No. 95–1764.   SARATOGA FISHING CO. *v.* J. M. MARTINAC & CO. ET AL.   C. A. 9th Cir.   [Certiorari granted, *ante*, p. 926.]   Motion of petitioner to dispense with printing the joint appendix granted.

No. 96–262.   EDMOND *v.* UNITED STATES; LAZENBY *v.* UNITED STATES; LEAVER *v.* UNITED STATES; LEONARD *v.* UNITED STATES; NICHOLS *v.* UNITED STATES; and VENABLE *v.* UNITED STATES. C. A. Armed Forces.   [Certiorari granted, *ante*, p. 977.]   Motion of petitioners to dispense with printing the joint appendix granted.

No. 95–2031.   YOUNG ET AL. *v.* FORDICE ET AL.   D. C. S. D. Miss.   [Probable jurisdiction noted, 518 U. S. 1055.]   Motion of Community Service Society of New York et al. for leave to file a brief as *amici curiae* granted.

No. 96–110.   WASHINGTON ET AL. *v.* GLUCKSBERG ET AL. C. A. 9th Cir.   [Certiorari granted, 518 U. S. 1057.]   Motion of Schiller Institute for leave to file a brief as *amicus curiae* granted.

No. 96–5534.   HOFFMANN *v.* HOFFMANN.   Ct. App. Md.   Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 925] denied.

No. 96–6681.   IN RE NAGY; and
No. 96–6749.   IN RE PETH.   Petitions for writs of habeas corpus denied.

No. 96–6268.   IN RE SHERRILLS.   Petition for writ of mandamus denied.

No. 95–9209.   GRANDISON *v.* MARYLAND.   Ct. App. Md.   Certiorari denied.

No. 96–180.   HERRING ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION.   C. A. 9th Cir.   Certiorari denied.

No. 96–317.   MCCLAIN, JUDGE, VIGO COUNTY COURT *v.* INDIANA COMMISSION ON JUDICIAL QUALIFICATIONS.   Sup. Ct. Ind. Certiorari denied.